*Compiler of Law / Law Library*

## IN THE SUPERIOR COURT OF GUAM

ALBERT IRIARTE EVARISTO,          )
           )   **SPECIAL PROCEEDINGS**
     Petitioner,          )   **CASE NO. SP0039-08**
           )
    vs.       )   **DECISION AND ORDER**
           )
ROBERT D. CAMACHO, Director     )
Department of Corrections, Government of  )
Guam,          )
           )
     Respondent.          )
_____ )

### INTRODUCTION

This matter came before the Honorable Judge Steven S. Unpingco on the Petition for Writ of Habeas Corpus, filed February 18, 2008. Oral arguments were denied pursuant to the Local Rules of the Superior Court of Guam CVR 7.1(e)(1). *See* Guam R. Civ. P. 77(b), 78. The Petitioner appears pro se and the Respondent is represented by Assistant Attorney General William C. Bischoff. Having considered the parties' briefs, oral arguments, and the applicable law, the Court now issues the following Decision and Order.

### BACKGROUND

On June 17, 1998, the Petitioner was sentenced to life imprisonment consecutive to forty-three (43) additional years for the crimes of intentional murder with a deadly weapon and aggravated assault with a deadly weapon. *See* Reporter's Transcript at 43-45. At the sentencing, the Petitioner moved for acquittal notwithstanding the jury verdict of guilty, or in the alternative, for a sentence of the lesser included offense of manslaughter. *See* Id at 5 et seq. The Court denied these motions because,

> The jury in this case no doubt spared you a life sentence with no possibility of parole when they acquitted you of aggravated murder, Mr. Evaristo. They also spared you a more serious sentence in the attempted murder of Gil Barcinas when they found you guilty of a third degree felony aggravated assault. So if there's been any type of mitigation in terms of sentencing, I think that that has already been heard by the jury and decided by the jury in this case, which this Court highly respects the verdicts of this jury. *See* Id at 23, 44.

On February 18, 2008, Petitioner filed for a writ of habeas corpus on the basis of ineffective assistance of counsel at sentencing. The Petitioner alleges that his counsel failed to: 1) present mitigating witnesses; 2) ask for leniency pursuant to 9 GCA § 80.22; and 3) move to correct illegal sentence pursuant to 8 GCA § 120.46.

## DISCUSSION

A convicted defendant is denied his constitutional right to counsel when he demonstrates unreasonable deficiencies in his counsel's performance which cause a different result in the proceedings. *See* Strickland v. Washington, 466 U.S. 668, 104 S.Ct. 2052, 80 L.Ed.2d 674 (1984); People v. Quintanilla, 1998 Guam 17; 1998 WL 574309 (Sup. Ct. Guam 1998). The tactical decisions of a defendant's counsel are given deference in order to preserve the constitutionally protected independence of counsel. *See* Id.

In this case, the Petitioner contends that his sentence would have been reduced if it were not for three (3) unreasonable deficiencies of his counsel's performance at sentencing. The Court does not agree. First, mitigating witnesses were presented to the jury, and Petitioner's counsel chose the tactic of acquittal notwithstanding the jury verdict in lieu of further mitigation testimony. *See* Reporter's Transcript at 4-9. Second, leniency is within the Court's discretion and the Court specifically chose to follow the jury's verdict and impose the maximum penalty. *See* Reporter's Transcript at 42-45. Third, the Petitioner does not allege or demonstrate that his sentence is illegal, and his counsel is not required to file a motion without basis in law or fact. These alleged deficiencies are either reasonable or inapplicable and, most importantly, the Petitioner's sentence would not have been reduced without them. Therefore, the Petitioner's claim for the ineffective assistance of counsel fails.

## CONCLUSION

Based upon the foregoing, the Petition for Writ of Habeas Corpus is hereby DENIED.

**SO ORDERED this** 18th **day of August, 2009.**

Original Signed By:
Hon. Steven S. Unpingco

_____
**HONORABLE STEVEN S. UNPINGCO**
**Judge, Superior Court of Guam**

AUG 1 8 2009

Evelyn R. Borja
Deputy Clerk, Superior Court of Guam